EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2016 TSPR 92 |
| Jaime Rodríguez Cora | 195 DPR ____ |

Número del Caso: TS-9,576


Fecha: 16 de mayo de 2016


Abogado del Peticionario:

        Por Derecho Propio


 Oficina de Inspección de Notarías:

        Lcdo. Manuel E. Ávila De Jesús
        Director


Materia: Reinstalación a la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Jaime Rodríguez Cora          **Núm.** TS-9,576

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de mayo de 2016

Evaluada la *Moción en Solicitud de Reinstalación a la Práctica de la Notaría* presentada por Lcdo. Jaime Rodríguez Cora, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo